UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHANY PINAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 25-cv-05164-PHK<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Having reviewed the Parties' Joint Case Management Statement [Dkt. ##], the Court finds that the Parties have provided sufficient information such that the Court hereby issues this Case Management Scheduling Order without the need for a hearing.

Accordingly, the Initial Case Management Conference ("CMC") set for September 9, 2025, is **VACATED**.

As noted below, a Further CMC is **SET** for February 11, 2026, at 11:00 a.m. in Courtroom F, 15th Floor, of the San Francisco courthouse. A Further Joint CMC Statement **SHALL** be filed on or before February 4, 2026.

The Court **ORDERS** that the following case schedule is **SET** for this case:

**CASE MANAGEMENT SCHEDULE:**

| Event | Date |
|---|---|
| **Start Fact Discovery** | Date of issuing this order. |
| **Last day to submit Stipulated Protective Order** | September 29, 2025 |
| **Last day to submit Stipulated ESI Order** | September 29, 2025 |
| **Last day to add parties or amend pleadings, unless** | October 24, 2025 |

| Event | Date |
|---|---|
| ordered otherwise | |
| **Last day to select ADR option** | December 1, 2025 |
| **Last day to complete ADR** | February 2, 2026 |
| **Next Updated Status Conference Statement** | February 4, 2026 |
| **Next Status Conference** | February 11, 2026, at 11:00 |
| **Opening expert identification/designation** | March 13, 2026 |
| **Rebuttal expert identification/designation** | April 3, 2026 |
| **Fact discovery cut-off** | April 24, 2026 |
| **Expert opening reports for party with burden of proof on an issue** | May 8, 2026 |
| **Expert rebuttal reports** | June 5, 2026 |
| **Expert discovery cut-off** | June 19, 2026 |
| **Last day to file Dispositive Motions and *Daubert* Motions** | July 3, 2026 |
| **Oppositions to Dispositive Motions and *Dauberts*** | July 24, 2026 |
| **Replies ISO Dispositive Motions and *Dauberts*** | August 7, 2026 |
| **Joint Preliminary Pretrial Readiness Statement** | August 14, 2026 |
| **Last day for Hearing on Dispositive Motions and Preliminary Pretrial Readiness Conference** | Tuesday, September 1, 2026, at 1:30 pm in person |
| **Last day to File Motions in *Limine*** | September 21, 2026 |
| **Last day to File Oppositions to Motions in *Limine*** | October 5, 2026 |
| **Final Pretrial statement (trial brief, witness lists, proposed *voir dire*, proposed jury instructions, proposed verdict forms, etc.)** | Wed., October 14, 2026 |
| **Final Pretrial Conference** | Wednesday, December 2, 2026, at 2:00 pm |
| **Trial** | Start Date: December 14, 2026<br>Jury Selection starts at 9 am<br>3 Days of Trial<br>Each trial day counsel should expect |

| Event | Date |
|---|---|
|  | meet with Court about half hour prior to jury seated, for housekeeping |

The Court notes that these dates align generally with the Parties' agreed upon dates and therefore are firm and **SHALL NOT** be moved, even by joint stipulation, absent a showing of good cause established by affidavits or declarations.

All counsel **SHALL** familiarize themselves and comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, all General Orders of this Court, and this Court's Standing Orders. Counsel are, in particular, reminded of Section XII of the Court's Civil Standing Order regarding Practice Development for Members of the Bar.

**IT IS SO ORDERED.**

Dated: September 8, 2025

_____
PETER H. KANG
United States Magistrate Judge